1  Robert M. Schwartz (#117166/rschwartz@omm.com)
2  James M. Pearl (#198481/jpearl@omm.com)
   Harrison A. Whitman (#261008/hwhitman@omm.com)
3  Nikolas A. Primack (#274577/nprimack@omm.com)
   O'MELVENY & MYERS LLP
4  1999 Avenue of the Stars, Seventh Floor
   Los Angeles, California  90067-6035
5  Telephone:   (310) 553-6700
   Facsimile:   (310) 246-6779

6  Attorneys for Plaintiff StudioCanal (US)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| StudioCanal (US), a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Universal City Studios, LLC, a limited liability company and subsidiary of NBCUniversal, LLC, a Delaware limited liability company; UNIVERSAL CITY STUDIOS, INC., a corporation organized under the laws of Delaware; and Does 1-50,<br><br>　　　　　Defendants. | Case No. CV13-2250 GW (AGRx)<br><br>**STIPULATION REGARDING TEMPORARY STAY**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HERE WITH**<br><br>Hon. George H. Wu |

STIPULATION

## **STIPULATION**

Plaintiff StudioCanal (US) and Defendants Universal City Studios, LLC and Universal City Studios, Inc. ("Universal") hereby stipulate as follows:

**WHEREAS**, the parties are engaging in an exchange of information in anticipation of settlement discussions in July, which, if successful, could potentially resolve the case;

**WHEREAS**, the parties agree that a temporary stay of the case would facilitate that process;

**NOW, THEREFORE**, the parties stipulate and respectfully ask the Court to enter an Order as follows:

A. The case shall be stayed from June 3, 2013 until September 30, 2013;

B. The September 30, 2013, Post-Mediation Status Conference shall remain on calendar. The parties will report to the Court on the outcome of these discussions;

C. Subject to the Court's calendar and convenience, the dates established by in the Court's Scheduling Order (Dkt. No. 18) shall be extended by four months, except for the September 30, 2013, Post-Mediation Status Conference;

D. Universal's Motion to Stay (Dkt. No. 10) shall be taken off calendar and Universal reserves the right to renew the motion at the conclusion of this stay, and, if renewed, the motion shall be decided on the existing briefing, subject only to short supplemental factual statements from the parties concerning the state of the case and record at the time the motion would be renewed; and

E. If the parties reach impasse in their discussions before September 30, 2013, either party may notify the Court on or after September 3 of that development and request that the Court vacate the stay and reset the hearing on Universal's stay motion at the next date convenient for the Court; however, the case shall remain stayed until the Court has decided that motion.

| | | |
|---|---|---|
| 1 | Dated: May 31, 2013 | Respectfully submitted, |
| 2 | | Robert M. Schwartz |
| 3 | | James M. Pearl<br>Harrison A. Whitman |
| 4 | | Nikolas A. Primack<br>O'MELVENY & MYERS LLP |
| 5 | | |
| 6 | | By: /s/ *Robert M. Schwartz* |
| 7 | | Robert M. Schwartz<br>Attorneys for Plaintiff StudioCanal |
| 8 | Dated: May 31, 2013 | Richard B. Kendall |
| 9 | | Philip M. Kelly<br>Ashlee L. Hansen |
| 10 | | William A. Jacobson<br>KENDALL BRILL & KLIEGER LLP |
| 12 | | By: /s/ Richard B. Kendall |
| 13 | | Richard B. Kendall<br>Attorneys for Universal |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.