Robert M. Schwartz (#117166/rschwartz@omm.com)
James M. Pearl (#198481/jpearl@omm.com)
Harrison A. Whitman (#261008/hwhitman@omm.com)
Nikolas A. Primack (#274577/nprimack@omm.com)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Plaintiff StudioCanal (US)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| StudioCanal (US), a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Universal City Studios, LLC, a limited liability company and subsidiary of NBCUniversal, LLC, a Delaware limited liability company; UNIVERSAL CITY STUDIOS, INC., a corporation organized under the laws of Delaware; and Does 1-50,<br><br>　　　　　　Defendants. | Case No. CV 13-2250-GW(AGRx)<br><br>**ORDER GRANTING STIPULATION REGARDING TEMPORARY STAY**<br><br>Hon. George H. Wu |

[PROPOSED] ORDER

1
2      Based on the May 31, 2013, stipulation of the parties, and for good cause
3 shown, the Court hereby stays this case on the terms and conditions set forth in the
4 parties' stipulation.
5
6 Dated:  June 5, 2013.                               */s/ George H. Wu*
7                                               Hon. George H. Wu
8                                               United States District Judge

[PROPOSED] ORDER