UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2250-GW(AGRx) | Date | September 30, 2013 |
|---|---|---|---|
| Title | *StudioCanal (US) v. Universal City Studios, LLC, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

James Michael Pearl  Philip M. Kelly

**PROCEEDINGS:** **DEFENDANT UNIVERSAL CITY STUDIOS, LLC'S MOTION TO COMPEL ARBITRATION OF CERTAIN DISPUTES AND STAY COURT PROCEEDING (filed 05/06/13);**

**POST-MEDIATION STATUS CONFERENCE**

Mediation is ongoing. Defendants' motion and the status conference are continued to **October 10, 2013 at 8:30 a.m.**

: 02

Initials of Preparer  JG