Robert M. Schwartz (#117166/rschwartz@omm.com)
James M. Pearl (#198481/jpearl@omm.com)
Harrison A. Whitman (#261008/hwhitman@omm.com)
Nikolas A. Primack (#274577/nprimack@omm.com)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for Plaintiff StudioCanal (US)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| StudioCanal (US), a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Universal City Studios, LLC, a limited liability company and subsidiary of NBCUniversal, LLC, a Delaware limited liability company; UNIVERSAL CITY STUDIOS, INC., a corporation organized under the laws of Delaware; and Does 1-50,<br><br>        Defendants. | Case No. CV13-2250 GW (AGRx)<br><br>**STIPULATION REGARDING EXTENSION TEMPORARY STAY**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>Hon. George H. Wu |

**STIPULATION**

Plaintiff StudioCanal (US) ("StudioCanal") and Defendants Universal City Studios, LLC and Universal City Studios, Inc. ("Universal") hereby stipulate as follows:

**WHEREAS**, on June 5, 2013, the Court, upon the parties' stipulation, agreed to stay the pending action through September 30, 2013, to allow the parties to engage in an exchange of information in an effort to resolve some or all of the audit claims asserted by StudioCanal and to engage in settlement discussions regarding any remaining claims;

**WHEREAS**, additional information related to the audit claims has been requested by StudioCanal and is in the process of being collected and provided to StudioCanal by Universal;

**WHEREAS**, on September 30, 2013, the Court agreed to permit the parties to submit a new stipulation extending the duration of the stay;

**WHEREAS**, on September 30, 2013, the Court scheduled a Status Conference to take place on October 10, 2013 in the event that the parties do not submit a new stipulation regarding the duration of the stay by October 4, 2013;

**WHEREAS**, the parties agree that a further stay of the case through November 30, 2013 would facilitate the process of exchanging documentation and other information related to the audit claims, allow the parties further opportunity to resolve additional audit claims, and allow the parties to determine an appropriate schedule to engage in meaningful settlement discussions regarding any remaining claims;

**NOW, THEREFORE**, the parties stipulate and respectfully ask the Court to enter an Order as follows:

A. The case shall remain stayed through November 30, 2013;

B. The October 10, 2013 Status Conference shall be continued until December 9, 2013, or as soon thereafter as the Court is available. The parties will report to the Court on the outcome of these discussions at that hearing and will

inform the Court if any additional time is necessary to complete the exchange of information, settlement discussions, and mediation;

  C. Subject to the Court's calendar and convenience, the dates established by the Court's Scheduling Order (Dkt. No. 18) shall be further extended by 60 days, except for the Post-Mediation Status Conference, which shall be continued until December 9, 2013, or as soon thereafter as the Court is available;

  D. Universal's Motion to Stay (Dkt. No. 10) shall remain off calendar, and Universal reserves the right to renew the motion at the conclusion of this stay, and, if renewed, the motion shall be decided on the existing briefing, subject only to short supplemental factual statements from the parties concerning the state of the case and record at the time the motion would be renewed; and

  E. If the stay expires and Universal's Motion to Stay is renewed, the motion shall be set for the next date convenient for the Court; however, the case shall remain stayed until the Court has decided that motion.

Dated: October 4, 2013       Respectfully submitted,

                 Robert M. Schwartz
                 James M. Pearl
                 Harrison A. Whitman
                 Nikolas A. Primack
                 O'MELVENY & MYERS LLP

                 By: /s/ *Robert M. Schwartz*
                   Robert M. Schwartz
                   Attorneys for Plaintiff StudioCanal

Dated: October 4, 2013       Richard B. Kendall
                 Philip M. Kelly
                 Ashlee L. Hansen
                 William A. Jacobson
                 KENDALL BRILL & KLIEGER LLP

                 By:/s/ *Philip M. Kelly*
                   Philip M. Kelly
                   Attorneys for Universal

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 4, 2013

By: /s/ *Robert M. Schwartz*
Robert M. Schwartz
Attorneys for Plaintiff StudioCanal

STIPULATION REGARDING
EXTENSION OF TEMPORARY STAY
CASE NO. CV13-2250 GW (AGRX)