Robert M. Schwartz (#117166/rschwartz@omm.com)
James M. Pearl (#198481/jpearl@omm.com)
Harrison A. Whitman (#261008/hwhitman@omm.com)
Nikolas A. Primack (#274577/nprimack@omm.com)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Plaintiff Studiocanal (US)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STUDIOCANAL (US), a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS LLC, a limited liability company and subsidiary of NBCUNIVERSAL LLC, a Delaware limited liability company; UNIVERSAL CITY STUDIOS, INC., a corporation organized under the laws of Delaware; and DOES 1-50,<br><br>Defendants. | Case No. CV13-2250 GW (AGRx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Proposed] Order Filed Concurrently Herewith<br><br>Hon. George H. Wu<br><br>Courtroom:         10 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure (41)(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: January 3, 2014	Respectfully submitted,

Robert M. Schwartz
James M. Pearl
Harrison A. Whitman
Nikolas A. Primack
O'MELVENY & MYERS LLP


By: /s/ *Robert M. Schwartz*
    Robert M. Schwartz
    Attorneys for Plaintiff Studiocanal

Dated: January 3, 2014	Richard B. Kendall
Philip M. Kelly
Ashlee L. Hansen
William A. Jacobson
KENDALL BRILL & KLIEGER LLP


By: /s/ *Richard B. Kendall*
    Richard B. Kendall
    Attorneys for Defendants

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 3, 2014

By: /s/ *Robert M. Schwartz*
Robert M. Schwartz
Attorneys for Plaintiff StudioCanal