Robert M. Schwartz (#117166/rschwartz@omm.com)
James M. Pearl (#198481/jpearl@omm.com)
Harrison A. Whitman (#261008/hwhitman@omm.com)
Nikolas A. Primack (#274577/nprimack@omm.com)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Plaintiff Studiocanal (US)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STUDIOCANAL (US), a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSAL CITY STUDIOS LLC, a limited liability company and subsidiary of NBCUNIVERSAL LLC, a Delaware limited liability company; UNIVERSAL CITY STUDIOS, INC., a corporation organized under the laws of Delaware; and DOES 1-50,<br><br>        Defendants. | Case No. CV 13-2250-GW(AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. George H. Wu<br><br>Courtroom:          10 |

# ORDER

Based on the "Stipulation of Dismissal" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds good cause to enter the order requested by the parties' stipulation.

IT IS HEREBY ORDERED THAT:

1. All claims in this action are dismissed with prejudice; and
2. Each party shall bear its own attorney's fees and costs for the entire prosecution and defense of this action.

Dated: January 6, 2014

Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER OF DISMISSAL
CV13-2250 GW (AGRX)